IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | No.   14-CR-1019-LRR |
| vs. | ) | |
| KAYBE LYNN BULLOCK, | ) | |
| Defendant. | ) | |

## **PRELIMINARY ORDER OF FORFEITURE**

WHEREAS, on December 17, 2014, defendant pled guilty to Count 1 of the Indictment, for which the Government sought forfeiture, pursuant to 21 U.S.C. § 853, in the form of a money judgment for property constituting, or derived from, proceeds traceable to violations of Title 21, United States Code, Sections 841 and 846;

AND WHEREAS, pursuant to Rules 32.2(b)(2) and 32.2(c)(1), since this forfeiture consists solely of a money judgment against defendant, no ancillary proceeding is required;

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that pursuant to Federal Rule of Criminal Procedure 32.2 and Title 21, United States Code, Section 853, the sum of thirty-three thousand dollars ($33,000) in United States currency is hereby condemned and forfeited to the United States of America and all rights, title, and interest in such property are hereby forever removed, discharged, condemned, and forfeited to the United States of America and shall be disposed of according to

law; and

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that pursuant to Title 21, United States Code, Section 853(p), and Rule 32.2 of the Federal Rules of Criminal Procedure, upon entry of this Preliminary Order of Forfeiture, the Court hereby authorizes the Attorney General or his designated representative to conduct discovery, to identify or locate property subject to forfeiture, and to seize the property ordered forfeited upon such terms and conditions as set forth by the Court; including any substitute assets to satisfy the money judgment, and

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED, the money judgment against defendant shall become final at sentencing pursuant to Rule 32.2(b)(4)(A);

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED, that the United States Department of Justice, United States Marshals Service, shall dispose of any forfeited property in accordance with the law; and

IT IS FURTHER ORDERED, ADJUDGED and DECREED that this judgment against Kaybe Lynn Bullock, shall be recorded in the records of the County Recorder's Office in the county of the defendant's residence and any and all other counties in which the defendant has either real or personal property as a lien thereon in the amount of thirty-three thousand dollars ($33,000); and

IT IS FURTHER ORDERED, ADJUDGED and DECREED upon the payment of the judgment in full, that the United States shall file a Satisfaction of Judgment

with the District Court and the appropriate Recorder of the County in which any abstract of judgment has been filed; and

    IT IS FURTHER ORDERED, ADJUDGED and DECREED that this Order is in continuing and full effect until payment of the thirty-three thousand dollars ($33,000) is made in full.

    **DATED** this 3rd day of February, 2015.

                                            LINDA R. READE
                                            CHIEF JUDGE, U.S. DISTRICT COURT
                                            NORTHERN DISTRICT OF IOWA